# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAMON CHARLES WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>PRK FUNDING SERVICES, INC.; KING COUNTY; JEFFREY PYATT; MICHAEL JAMES WARREN; ERIC S. CARLSON; JOHNATHAN DREITZLER; KATHRYN HINDS; RONALD CAMPBELL; MELVIN BRITT JR.; DANIEL JENSEN; MICHAEL LAWRENCE THAYER; RICCI FRISK; DONALD R. CAPP; KIRILL GAVRYLYUK; CHANDRIKA SHANKARNARAYAN; JOANNE C. VAN SICKLE RICHARD BESELIN; PRIVATE ASSET MANAGEMENT, INC.; DALLAS WILLIAM JOLLEY JR; MAKENZIE BROWN; CITY OF SEATTLE; STATE OF WASHINGTON DEPARTMENT OF REVENUE; PYATT BROADMARK MANAGEMENT, LLC; PLG FUND I, LLC; WINDERMERE SERVICES COMPANY; WELLS FARGO; PRIVATE LENDING GROUP, LLC; NORTHWEST TRUSTEE SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY OF WASHINGTON SERVICES, INC.; and Does 1-100, individually, jointly and severally,<br><br>Defendants. | NO. 2:18-cv-00048 RSM<br><br>DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT |

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 1

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

COME NOW Defendants Kathryn Hinds ("Hinds") and Windermere Services Company ("Windermere"), (together the "Defendants"), by and through their attorneys Chris M. MacMillan, and Demco Law Firm, P.S., and hereby answer the Plaintiff's Complaint.

"Insufficient knowledge" as used herein shall mean "Responding Defendants have insufficient knowledge and information upon which to form an answer and therefore deny the allegation."

1. Paragraph 1 of Plaintiff's Complaint requires no response from Defendants. To the extent a response is required; Defendants have insufficient knowledge.

## I. PARTIES

2. Insufficient knowledge.
3. Insufficient knowledge.
4. Insufficient knowledge.
5. Insufficient knowledge.
6. Insufficient knowledge.
7. Insufficient knowledge.
8. Insufficient knowledge.
9. Insufficient knowledge.
10. Insufficient knowledge.
11. Insufficient knowledge.
12. Insufficient knowledge.
13. Insufficient knowledge.
14. Insufficient knowledge.
15. Insufficient knowledge.
16. Insufficient knowledge.

DEFENDANTS KATHRYN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 2

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

17. Insufficient knowledge.
18. Insufficient knowledge.
19. Deny.
20. Insufficient knowledge.
21. Insufficient knowledge.
22. Insufficient knowledge.
23. Insufficient knowledge.
24. Insufficient knowledge.
25. Insufficient knowledge.
26. Insufficient knowledge.
27. Insufficient knowledge.
28. Insufficient knowledge.
29. Insufficient knowledge.
30. Insufficient knowledge.
31. Insufficient knowledge.

## II. SPECIFICS

32. Deny.
33. Deny.
34. Deny.
35. Deny.
36. Deny.

### COUNTERCLAIMANT'S PRELIMINARY STATEMENT

37. Deny.
38. Deny.
39. Deny.

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 3

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

1  40.   Deny.
2  41.   Deny.
3  42.   Deny.
4  43.   Insufficient knowledge.
5  44.   Insufficient knowledge.
6  45.   Deny.
7  46.   Deny.
8  47.   Deny.
9  48.   Deny.
10 49.   Deny.
11 50.   Deny.
12 51.   Deny.
13 52.   Deny.

### INEXCUSABLE DELAY

15 53.   Insufficient knowledge.
16 54.   Insufficient knowledge.
17 55.   Insufficient knowledge.
18 56.   Insufficient knowledge.
19 57.   Insufficient knowledge.
20 58.   Insufficient knowledge.

### FRAUDULENT INDUCEMENT

22 59.   Insufficient knowledge.
23 60.   Insufficient knowledge.
24 61.   Insufficient knowledge.
25 62.   Insufficient knowledge.
26 63.   Insufficient knowledge.

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES
COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 4

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

## JEFFREY BYRON PYATT

64. Insufficient knowledge.

65. Insufficient knowledge.

## III. ACTION FOR TRESPASS

66. Paragraphs 66 through 142 of Plaintiff's Complaint require no response from Defendants. To the extent a response is required; Defendants have insufficient knowledge.

## SIXTH COUNT OF ACTION FOR TRESPASS AGAINST WINDERMERE SERVICES COMPANY AND KATHRYN HINDS

143. Defendants incorporate and re-state their responses to the preceding paragraphs.

144. Deny.

145. Deny.

146. Deny.

147. Deny.

148. Deny.

149. Deny.

150. Deny.

151. Deny.

152. Insufficient knowledge.

153. Deny.

154. Deny.

155. Deny.

156. Deny.

157. Deny.

158. Deny.

159. Deny.

160. Deny.

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 5

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

161. Deny.

162. Deny.

163. Deny.

164. Deny.

165. Paragraphs 165 through 310 of Plaintiff's Complaint require no response from Defendants. To the extent a response is required; Defendants have insufficient knowledge.

## IV. ACTION FOR TRESPASS ON THE CASE VACARIOUS LIABILITY

311. Defendants incorporate and re-state their responses to the preceding paragraphs.

312. Insufficient knowledge.

313. Deny.

314. Deny.

## V. LAW OF THE CASE

315. Paragraph 315 of Plaintiff's Complaint requires no response from Defendants. To the extent a response is required; Defendants have insufficient knowledge.

## VI. REQUEST FOR RELIEF

316. Defendants deny that Plaintiff is entitled to any of the relief requested in paragraphs 316 through 330.

## VII. AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted;

2. Plaintiff's claims are barred by the applicable statutes of limitation;

3. Plaintiff failed to plead fraud with particularity;

4. Insufficiency of service of process;

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 6

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

5. Lack of personal jurisdiction;

6. This court lacks subject-matter jurisdiction;

7. Plaintiff's Complaint is barred by the doctrine of equitable estoppel;

8. Plaintiff failed to mitigate his damages (if any);

9. Plaintiff's claims are barred by the doctrines of waiver, unclean hands, estoppel and unjust enrichment;

10. The Defendants did not violate any statutory or fiduciary duty imposed on brokers under the laws of the State of Washington. Because Hinds did not breach any duty owed to Plaintiff, Defendants are not liable to Plaintiff;

11. Defendants did not make any misrepresentation regarding any material fact involved in the subject real estate transaction described in Plaintiff's Complaint. Even if there was a misrepresentation, Plaintiff did not justifiably rely on any alleged misrepresentation;

12. Defendants acted in good faith;

13. Plaintiff's alleged damages, if any, were caused in whole or in part by his own comparative fault and/or the fault of others;

14. Plaintiff's claims are barred by his own contributory negligence;

15. Plaintiff's claims are barred by RCW 18.86.030 *et seq.*;

16. Defendants were not the proximate or legal cause of Plaintiff's alleged injury;

17. Plaintiff has named an improper party; and

18. Defendants fully performed and discharged all duties.

## VIII. RESERVATION OF RIGHTS

Defendants reserve the right to assert other defenses and counterclaims as additional facts in this matter are discovered.

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES
COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 7

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001

## IX. PRAYER FOR RELIEF

WHEREFORE the Defendants pray for relief as follows:

1. Judgment in favor of Defendants on all counts;

2. Dismissal of Plaintiff's Complaint with prejudice and without costs;

3. An award of costs, expenses, and attorneys' fees as allowed by case law, statute or equity; and

4. Such other relief as the Court may deem equitable and just.

DATED this 28$^h$ day of March, 2018.

DEMCO LAW FIRM, P.S.

By _____
Chris M. MacMillan, WSBA #50094
Attorneys for Windermere Services Co. and Kathryn Hinds

DEFENDANTS KATHYRN HIND'S AND WINDERMERE SERVICES COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT - 8

DEMCO LAW FIRM, P.S.
5224 WILSON AVE. S., SUITE 200
SEATTLE, WASHINGTON 98118
(206) 203-6000
FAX: (206) 203-6001