UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMON CHARLES WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>PRK FUNDING SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. C18-48RSM<br><br>MINUTE ORDER STRIKING PLAINTIFF'S WRIT OF ERROR CORAM NOBIS RESIDANT |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On April 18, 2018, Plaintiff filed a Writ of Error Coram Nobis Residant. Dkt. #63. Writs of coram nobis have been expressly abolished in civil cases by Federal Rule of Civil Procedure 60(e). Fed. R. Civ. P. 60(e) ("The following are abolished: . . . writs of coram nobis.").

The Court accordingly interprets Plaintiff's filing as a motion for reconsideration of the Court's earlier orders denying several motions for default. Dkts. #38, 40. Those Orders were filed on March 28 and March 29, 2018. Pursuant to Local Rule 7(h), "a motion for reconsideration shall be plainly labeled as such" and "shall be filed within fourteen days after the order to which it relates is filed." LCR 7(h)(2). As such, motions for reconsideration of the Court's earlier orders had to be filed no later than April 11 and April 12, 2018, respectively.

MINUTE ORDER – 1

Because Plaintiff's motion is not clearly identified as a motion for reconsideration and because the motions are untimely filed, the Court hereby STRIKES Plaintiff's Writ of Error Coram Nobis Residant (Dkt. #63).

Plaintiff is once again reminded that the Court expects him to be familiar with this Court's Local Rules, which can be found and accessed on the Court's public website.

DATED this 20th day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE