UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMON CHARLES WILLIAMS,

    Plaintiff,

    v.

PRK FUNDING SERVICES, INC., *et al.*,

    Defendants.

CASE NO. C18-48RSM

ORDER TO SHOW CAUSE REGARDING SERVICE

This matter comes before the Court *sua sponte*. This matter has been pending since January 11, 2018. Pursuant to Federal Rule of Civil Procedure 4, Plaintiff is required to serve each defendant and file proof of service with the Court. Fed. R. Civ. Pro. 4(l). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. Pro. 4(m). Upon a showing of good cause, "the court must extend the time for service for an appropriate period." *Id.*

To date, the following Defendants have not appeared in this action and Plaintiff has not filed any proof that Defendants have been properly served:

- State of Washington Department of Revenue
- Northwest Trustee Services, Inc.
- Fidelity National Title Company of Washington Services, Inc.

ORDER – 1

Accordingly, the Court now ORDERS that Plaintiff shall file a Response to this Order to Show Cause Regarding Service explaining: (1) the manner in which Plaintiff has served these Defendants in accordance with the Federal Rules of Civil Procedure, and (2) if Defendants have not yet been served in accordance with the Federal Rules of Civil Procedure, why the Court should allow Plaintiff additional time to properly serve Defendants. Plaintiff's Response is not to exceed five (5) pages and must be filed no later than fourteen (14) days from the date of this Order. Failure to respond could result in dismissal of the above specified Defendants.

DATED this 10 day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2