Hon. Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Damon Charles Williams, | Case No.: 2:18-cv-00048 RSM |
| Counterclaimant, | RESPONSE TO ORDER TO SHOW CAUSE |
| vs. | |
| PRK FUNDING SERVICES, INC. et al, | |
| Counterdefendant | |

COUNTERCLAIMANT'S RESPONSE TO THE MAGISTRATES ADMINISTRATIVE ORDER TO SHOW CAUSE REGARDING SERVICE TO WIT:

1. The Counterdefendant State of Washington Department of Revenue did receive untimely service of summons according to the affidavit under Dkt. #110 for good cause.

2. Within the time limit a request for waiver of summons was delivered to and executed by Deputy Attorney General Richard A. Fraser III ("Deputy Fraser"). See Exhibit A.

3. Statements made by Deputy Fraser during several meet and confer communications between the parties was misunderstood by Counterclaimant, to be in the nature of an entry of appearance

RESPONSE TO ORDER TO SHOW CAUSE - 1

Damon Charles Williams
PO BOX 7775 #14437
San Francisco Ca. 94117
Counterclaimant@gmail.com

NO. 2:18-cv-00048 RSM

for State of Washington Department of Revenue by the Deputy Fraser.

4. Counterclaimant was recently informed (July 13, 2018) by Deputy Fraser that he does not represent the Washington State Department of Revenue, of which he stated in pertinent part:

> <u>I do not presently represent the Washington State Department of Revenue in this matter, and I cannot waive service of summons for an agency that I do not represent.</u>

See Exhibit B at 2.

5. Therefore, It appears that the executed waiver was merely for waiver of process associated with Counterdefendant Donald R. Capp and Ricci Frisk despite that fact that said waiver only named one of the Counterdefendants.

6. This action should not be dismissed against Counterdefendant State of Washington Department of Revenue for the reasons stated herein.

Dated: July 19, 2018

_____
Damon Charles Williams

RESPONSE TO ORDER TO SHOW CAUSE - 2

Damon Charles Williams
PO BOX 7775 #14437
San Francisco Ca. 94117
Counterclaimant@gmail.com

NO. 2:18-cv-00048 RSM