HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMON CHARLES WILLIAMS,

    Plaintiff,

v.

PRK FUNDING SERVICES INC,

    Defendant.

CASE NO. C18-0048 RSM

ORDER DENYING MOTION FOR RECONSIDERATION

[DKT. # 118]

THIS MATTER is before the Court on referral from Chief Judge Martinez THIS MATTER is before the court on review of Chief Judge Ricardo Martinez's Order [Dkt. # 120], declining to Recuse himself in response to Plaintiff Williams' "Motion for Contempt [Confidential Personnel Matter]" [Dkt. #118]. The Order was referred to this Court as the most senior non-Chief Judge under 28 U.S.C. §144 and LCR 3(e).

Williams' Motion suggests that he seeks to hold Judge Martinez in contempt for his prior actions or rulings:

ORDER DENYING MOTION FOR RECONSIDERATION - 1

| | |
|---|---|
| 1 | 16. Damon Charles Willams and moves the above-entitled court of |
| 2 | record to find the Honorable Ricardo S. Martinez, Chief United |
| 3 | States District Judge [a Magistrate of said court of record] |
| 4 | civil contempt of the above-entitled court and case. |

[Dkt. # 118 at 14]. Judge Martinez had previously denied [Dkt. # 70] Williams' "Motion for Writ of Error, [Dkt. # 63], and more recently Ordered Williams to Show Cause regarding his apparent failure to serve the defendants despite the passage of far more than 90 days since filing [Dkt. # 108]. Chief Judge Martinez characterized Williams current Motion for one as Reconsideration, and perhaps for Recusal, Denied it, and referred it to this Court as the most senior non-Chief Judge under 28 U.S.C. § 144 and LCR 3(e).

A federal judge should recuse himself if "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." 28 U.S.C. § 144; *see also* 28 U.S.C. § 455; *Yagman v. Republic Insurance*, 987 F.2d 622, 626 (9th Cir. 1993). This objective inquiry is concerned with whether there is the appearance of bias, not whether there is bias in fact. *See Preston v. United States*, 923 F.2d 731, 734 (9th Cir. 1992); *see also United States v. Conforte*, 624 F.2d 869, 881 (9th Cir. 1980). ). In the absence of specific allegations of personal bias, prejudice, or interest, neither prior adverse rulings of a judge nor his participation in a related or prior proceeding is sufficient" to establish bias. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981). Judicial rulings alone "almost never" constitute a valid basis for a bias or partiality motion. *Liteky v. United States*, 510 U.S. 540, 555 (1994).

Williams' Motion does not approach this standard. His Motion and his reasoning is hard to follow, but it is clear that he is complaining about and objecting to rulings Judge Martinez has made in this case:

7. The Minute Order [rule nisi] issued under Dkt. #70 by the Honorable Ricardo S. Martinez styled as Case No. C18-48RSM and appears to be in an improper venue, for want of the proper Docket Number. The Minute Order styled under Case No. C18-48RSM is not a valid, not binding[8] and is not considered a part of the courts record [civil docket], but merely a part of the clerk's minutes [book]. Further, it should be noted that the online search-ability of the filings formatted in accordance with the format of docket numbers, which are prescribed by the Director of the Administrative Office of the United States Courts with the approval of the Judicial Conference, requires less labor to locate.

8. Because the Minute Order is not created by the independent tribunal, but is created by the magistrate, it cannot be a valid order issued from a court of record[9]. Minutes are not considered as any part of the record. The magistrate did willfully violate a lawful Writ of Error[10] by filing the ORDER ON PENDING MOTIONS under Dkt. #107 under C18-48 RSM. Pursuant to Rules the magistrate is reminded that he must comply with the law.[11]

[Dkt. # 118 at 4-5].

Such rulings "almost never" require recusal, or the more unusual act of a Court "holding itself in contempt." Williams has identified no acts or conduct or facts of any kind even

suggesting bias or prejudice. His Motion is frivolous and it is DENIED. Judge Martinez's underlying Order [Dkt. #120] is AFFIRMED.

IT IS SO ORDERED.

Dated this 16th day of August, 2018.

Ronald B. Leighton
United States District Judge