UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMON CHARLES WILLIAMS, | CASE NO. C18-48RSM |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH RESPONSE |
| v. | |
| PRK FUNDING SERVICES, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Leave to File Memorandum in Excess of Page Limit. Dkt. #141. Plaintiff seeks to "exceed the page limits imposed by the Local Rule on opposition papers to Motion for Summary Judgments, by 30 pages." *Id.* Plaintiff asserts that "[t]he requested extension is necessary and important to this Court's ability to receive a full discussion of the issues presented" and characterizes those issues as complex. *Id.*

"Motions seeking approval to file an over-length motion or brief are disfavored but may be filed subject to [several procedural requirements]." LCR 7(f). Plaintiff has complied with the procedural requirements but seeks a significant increase in the page limit—from 24 to 54.[1] Plaintiff has not provided the Court a compelling reason that an additional 30 pages are necessary. The matters raised in Defendant's motion for summary judgment (Dkt. #122) are not overly

---

[1] The page limit applicable to Defendant's reply would likewise be extended from 12 pages to 27 pages. *See* LCR 7(f)(4).

ORDER – 1

complex as Defendant's addressed the issues in just 11 pages. The Court is also familiar with the factual background of this case and Plaintiff may focus on the most important factual issues. Lastly, Plaintiff's other filings have often advanced relevant and irrelevant arguments. Thus, the well-reasoned page limits established by Local Civil Rule 7(f) are reasonable and will serve a beneficial purpose by focusing Plaintiff's response on the most pertinent facts and issues.

Accordingly, having reviewed Plaintiff's Motion and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Leave to File Memorandum in Excess of Page Limit (Dkt. #141) is DENIED.

DATED this 31st day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2